Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
KATRINA LUCIUS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 04-0452 WBS |
| Plaintiff, | ) | STIPULATION AND ORDER ADVANCING JUDGMENT AND SENTENCING DATE |
| v. | ) | |
| KATRINA LUCIUS, *et al.*, | ) | |
| Defendants. | ) | |

The parties hereby stipulate to the following:

1.    This matter is currently set for judgment and sentencing on April 27, 2005, at 9:00 a.m.

2.    The parties hereby stipulate that the judgment and sentencing date may be advanced one week.  Thus, is hereby requested that the sentencing date be moved to April 20, 2005, at 9:00 a.m.

3.    The United States Probation Officer has been advised concerning the new Judgment and Sentencing date, and agrees to that date.


DATED: April 18, 2005          /s/ Tim Warriner
                               Attorney for defendant,
                               KATRINA LUCIUS


DATED: April 18, 2005          /s/ Michelle Rodriguez,
                               Assistant U.S. Attorney

1

1
2
<u>ORDER</u>
3
4
        GOOD CAUSE APPEARING, it is hereby ordered that the judgment and

sentencing date be advanced to April 20, 2005, at 9:00 a.m., and that the April 27,
5
2005 sentencing date be vacated.
6
7
DATED: April 19, 2005
8
9
WILLIAM B. SHUBB
10
UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2