UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 14, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-04-0452 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR TEMPORARY RELEASE |
| ) | OF PERSON IN CUSTODY |
| KATRINA MARIE LUCIUS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KATRINA MARIE LUCIUS__ , Case No. __CR S-04-0452 WBS__ , Charge __18 USC § 3606__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $_____

   ___  Unsecured Appearance Bond $_____

   ___  Appearance Bond with 10% Deposit

   ___  Appearance Bond with Surety

   ___  Corporate Surety Bail Bond

   _X_  (Other)   Released to third party custody of brother, Jim Lucius, on November 15, 2005, to attend father's funeral on Wednesday, November 16, 2005. Self surrender to USM on Wednesday, November 16, 2005, no later than 4:30 p.m.

Issued at __Sacramento, CA__ on __November 14, 2005__ at __4:25 p.m.__

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal